UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

    -vs-

CHERYL L. GOTTSCHALK,

      Respondent.
_____/

MISC. NO. 06-X-50769

HON. SEAN COX

## ORDER DISMISSING PETITION TO ENFORCE IRS SUMMONS

Petitioner having advised the Court that respondent, Cheryl L. Gottschalk, has complied with the Internal Revenue Service Summons served upon her on March 29, 2006, by providing Revenue Officer David B. Hauenstein with the information sought in the summons;

IT IS HEREBY ORDERED that the petition to enforce IRS summons brought against respondent, Cheryl L. Gottschalk, by the petitioner is hereby dismissed without prejudice and without costs.

                                    S/ Sean F. Cox
                                    SEAN COX
                                    United States District Judge

Dated: February 12, 2007

Copies to: Counsel of Record